NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUNIOUS EDWARD MITCHELL,  )
DOC #086726,  )
  )
      Appellant,  )
  )
v.  )    Case No. 2D17-4311
  )
STATE OF FLORIDA,  )
  )
      Appellee.  )
_____)

Opinion filed September 25, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Ita M. Neymotin, Regional Counsel,
Second District, and Joseph Thye
Sexton, Assistant Regional Counsel,
Office of Criminal Conflict and Civil
Regional Counsel, Fort Myers, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Chelsea N. Simms,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.